# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

## ORDER

July 24, 2013

Before

JOEL M. FLAUM, *Circuit Judge*
KENNETH F. RIPPLE, *Circuit Judge*
ILANA DIAMOND ROVNER, *Circuit Judge*

| No.: 13-1739 | JASON L. NIEMAN,<br>Plaintiff - Appellant<br><br>v.<br><br>INSURANCE SEARCH GROUP, et al.,<br> Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-01012-JES-JAG<br>Central District of Illinois<br>District Judge James E. Shadid ||

The following are before the court:

1.  **PLAINTIFF'S MOTION FOR RETROACTIVE STAY OF JUDGMENT ENFORCMENT UPON SUPERSEDEAS BOND, PURSUANT TO FRAP 8(a)(2)**, filed on June 27, 2013, by counsel for the appellant.

2.  **APPELLEES' RESPONSE IN OPPOSITION TO PLAINTIFF'S MOTION FOR RETROACTIVE STAY OF JUDGMENT ENFORCEMENT UPON SUPERSEDEAS BOND, PURSUANT TO FRAP 8(a)(2)**, filed on July 12, 2013, by counsel for the appellee.

**IT IS ORDERED** that the motion for retroactive stay is **DENIED**.

form name: **c7_Order_3J**(form ID: **177**)