# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

September 20, 2013

*By the Court:*

| No.: 13-1739 | JASON L. NIEMAN, Plaintiff - Appellant  v.  INSURANCE SEARCH GROUP, et al., Defendants - Appellees |
|---|---|
| **Originating Case Information:** ||
| District Court No: 1:12-cv-01012-JES-JAG  Central District of Illinois  District Judge James E. Shadid ||

The following are before the court:

1. **MOTION TO SEAL DETAILED ATTORNEY BILLING RECORDS PURSUANT TO SEVENTH CIRCUIT OPERATING PROCEDURE 10(A)**, filed on September 4, 2013, by counsel for the appellees.

2. **APPELLANT'S OPPOSITION TO THE MOTION [42] TO SEAL ATTORNEY BILLING RECORDS OF APPELLEES INSURANCE SEARCH GROUP AND KEITH HALE**, filed on September 5, 2013, by the pro se appellant.

**IT IS ORDERED** that the motion is **DENIED**.

form name: **c7_Order_BTC**(form ID: **178**)